PROB 12B
ED/AR (12/2012)

# United States District Court

for the

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 19 2016

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Latoya Monique Young              Case Number:   0860 4:13CR00132-003 JM

Name of Sentencing Judicial Officer:   Honorable James M. Moody Jr.
                                       United States District Judge

Original Offense:   Conspiracy To Use Stolen Access Devices

Date of Sentence:   July 30, 2015

Original Sentence:   18 months Bureau of Prisons followed by 24 months supervised release

Type of Supervision:   Term Of Supervised Release

Date Supervision Commenced:   July 1, 2016
Date Supervision Expires:   June 30, 2018

U. S. Probation Officer:   Sara E Carruth
Asst. U.S. Attorney:   Jana K. Harris
Defense Attorney:   To be appointed

---

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

**The defendant will participate under the guidance and supervision of the probation office in a substance abuse treatment program which may include drug and alcohol testing, outpatient counseling, and residential treatment.**

## CAUSE

On October 13, 2016, Ms. Young submitted a urine specimen which tested presumptively positive for amphetamines and was confirmed diluted by Alere Laboratories. When confronted with the results, Ms. Young reported she was using diet pills at the time.

In an effort to monitor Ms. Young's substance abuse, it is respectfully recommended the conditions of her supervision be modified to include participation in a substance abuse treatment program which may include drug and alcohol testing, outpatient counseling, and residential treatment.

On November 14, 2016, Federal Public Defender Kim Driggers contacted Ms. Young telephonically to review the waiver of hearing to modify conditions of probation with her. On November 16, 2016, Ms. Young signed a Prob 49, Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to the modification.

Prob 12B                               - 2 -                          Request for Modifying the
                                                                    Conditions or Term of Supervision
                                                                    With Consent of the Offender

Name of Offender: Latoya Monique Young          Case Number: 0860 4:13CR00132-003

_____          _____
Sara E Carruth                                                Jana Harris
U.S. Probation Officer                                        Assistant U.S. Attorney

Date: December 13, 2016                                       Date: 12-14-16

Approved by:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____                    12/19/16
Honorable James M. Moody                         Date
United States District Judge

c:   Assistant Federal Public Defender Jenniffer Horan
     Assistant U.S. Attorney Jana Harris

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will participate under the guidance and supervision of the probation office in a substance abuse treatment program which may include drug and alcohol testing, outpatient counseling, and residential treatment.**

Witness _____ (U.S. Probation Officer)

Signed _____ (Probationer or Supervised Releasee)

11-15-2016
(Date)

Kim Duggers,
asst. federal public
defender

11.30.16